STATE OF NEW JERSEY v. EDWARD J. SAULINO.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL KARSELL.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROLISTER DANCY.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES OSCAR WALKER.

May 15, 1973. Petition for certification denied.

JOHN VASTARDIS v.
SUPERIOR DINER MANUFACTURING CORP.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN POSKONKA.

May 15, 1973. Petition for certification denied.